IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **DALI WIRELESS, INC.,**<br><br>    **Plaintiff,**<br><br>  **v.**<br><br>**CORNING OPTICAL COMMUNICATIONS LLC,**<br><br>    **Defendant.** | **CASE NO. 3:22-CV-623-FDW-DK** |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Dali Wireless, Inc. ("Dali") and Defendant Corning Optical Communications LLC ("Corning") hereby state that the Parties have settled the controversy between them. Accordingly, Dali and Corning stipulate to the dismissal with prejudice of all of Dali's pending claims against Corning in the above-captioned action. Each Party shall bear its own costs, expenses, and attorneys' fees.

Date: January 17, 2023

Respectfully submitted,

| ALLEN, CHESSON & GRIMES | ALSTON & BIRD LLP |
|---|---|
| */s/ Doug Grimes* <br> J. Douglas Grimes <br> **Allen, Chesson & Grimes** <br> 505 N. Church Street <br> Charlotte, NC 28202 <br> 704-755-6012 <br> Email: dgrimes@allenchesson.com <br><br> *Attorneys for Plaintiff Dali Wireless, Inc.* | */s/ Ross Barton* <br> Ross R. Barton Bar Number: 37179 <br> Matthew Welch Bar Number: 55032 <br> **ALSTON & BIRD LLP** <br> Bank of America Plaza <br> 101 South Tryon Street, Suite 4000 <br> Charlotte, NC 28280-4000 <br> Telephone: (704) 444-1000 <br> Fax: (704) 444-1111 <br> E-mail: ross.barton@alston.com <br> matt.welch@alston.com <br><br> *Attorneys for Defendant Corning Optical Communications LLC* |